**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EKEMINI ROWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-27 |
| | ) | |
| MEDLINE INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY ACTION AND**
**PROCEED WITH BINDING ARBITRATION**

Plaintiff Ekemini Rowe ("Plaintiff") and Defendant Medline Industries, Inc. ("Medline") hereby file this Joint Motion to Stay Action and Proceed with Binding Arbitration of Plaintiff's claims. In support of this Motion, the parties state as follows:

1. Plaintiff filed her Complaint in this action on or about January 4, 2021, alleging claims of discrimination and retaliation under 42 U.S.C. § 1981. (*See*, Plaintiff's Complaint).

2. All of Plaintiff's claims allegedly arise out of her employment with Medline.

3. The Parties agree that the claims alleged in Plaintiff's Complaint against Medline are subject to the Binding Arbitration Agreement she signed when she began her employment.

4. The Parties agree that Plaintiff shall submit her claims alleged in this action to binding arbitration before the American Arbitration Association ("AAA").

Accordingly, the Parties request that the Court stay this action pending the completion of arbitration.

Respectfully submitted,

EKEMINI ROWE                          MEDLINE INDUSTRIES, INC

By: /s/  Sam Sedaei                   By: /s/  Taylor Rollinson
     One of Her Attorneys                  One of Its Attorneys

GOLDMAN & EHRLICH                     OGLETREE, DEAKINS, NASH,
20 South Clark St.                       SMOAK & STEWART, P.C.
Suite 500                             155 North Wacker Drive, Suite 4300
Chicago, IL 60603                     Chicago, Illinois 60606
312-332-6733                          (312) 558-1220
Sam@GoldmanEhrlich.com                taylor.rollinson@ogletreedeakins.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's CM/ECF system.

/s/Taylor Rollinson

46069279.1