# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EKEMINI ROWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-00027 |
| | ) |
| MEDLINE INDUSTRIES, INC., | ) Hon. Thomas M. Durkin |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

**NOW COME** the Parties, by and through their respective undersigned counsel, and as their stipulation to dismiss pursuant to FRCP 41, hereby request that this honorable Court dismiss this case with prejudice, each side to bear their own costs and attorney fees.

Respectfully submitted.

Dated: November 8, 2022

| | |
|---|---|
| */s/ Jonathan C. Goldman* | */s/ Taylor Rollinson* |
| Jonathan C. Goldman | Taylor Rollinson |
| Law Offices of Goldman & Ehrlich, Chtd. | Ogletree, Deakins, Nash, |
| 10 South LaSalle St., Suite 1800 | Smoak & Stewart, P.C. |
| Chicago, Illinois 60603 | 155 North Wacker Drive, Suite 4300 |
| jon@goldmanehrlich.com | Chicago, Illinois 60606 |
| Attorney for Plaintiff | taylor.rollinson@ogletreedeakins.com |
| | Attorney for Defendant |